Order entered April 2, 2015



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00006-CR
No. 05-15-00007-CR
No. 05-15-00008-CR
No. 05-15-00009-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Causes No. F80-16530-J, F81-01027-J, F81-01105-J, F81-02518-J**

## ORDER

The Court **REINSTATES** these appeals.

On January 28, 2015, we ordered the trial court to make findings regarding the orders on appeal in these cases and the status of the records. We **ADOPT** the findings that: (1) In all four cases, appellant, through counsel, filed a motion for post-conviction DNA testing on October 25, 2007; (2) on August 22, 2008, the trial court signed an order granting his motion as to trial court no. F80-16530-J, and on February 19, 2009, the trial court signed an order granting testing as to trial court nos. F81-01027-J, F81-01105-J, and F81-02518-J; (3) on June 8, 2009, the trial court conducted a hearing as to the results for trial court nos. F81-01027-J, F81-01105-J, and F81-

02518-J, and issued a written order that same date; (4) a copy of the June 8, 2009 order has not been located; (5) on June 8, 2009, appellant filed a motion for post-conviction Y-STR DNA testing in trial court. no. F80-16530-J, and the motion was denied that same date; (6) On July 23, 2009, the trial court conducted a hearing as to the results of the testing done for trial court no. F80-16530-J and entered a written order that same date; (7) On August 11, 2009, the trial court entered a written order as to trial court nos. F81-01027-J, F81-01105-J, and F81-02518-J, which reiterated the findings entered on June 8, 2009; (8) on August 11, 2009, the trial court entered a written order as to trial court no. F80-16530-J, which reiterated the findings entered on July 23, 2009; (9) on April 4, 2014, appellant filed a pro se motion for post-conviction DNA testing for trial court nos. F80-16530-J, F81-01027-J, and F81-01105-J. The trial court has not yet ruled on the April 4, 2014 motion; (10) on March 26, 2015, the trial court signed an order directing the State to respond to the motion by May 15, 2015; (11) in December 2014, it was brought to the trial court's attention that the findings previously signed in cause nos. F81-01027-J, F81-01105-J, and F81-02518-J could not be located, so the trial court entered new findings on December 11, 2014; (12) the new findings were a reiteration of the findings entered on June 8, 2009 and August 11, 2009, and did not supplant the previous findings; (13) the December 11, 2015 findings were not included in the post-conviction habeas proceedings referenced in this Court's January 28, 2015 order; and (14) appellant is indigent and the Dallas County Public Defender's Office has been appointed to represent appellant in these appeals.

We **DIRECT** the Clerk of this Court to list the Dallas County Public Defender's Office as appellant's appointed counsel of record.

We **DENY** as moot appellant's January 26, 2015 pro se motions regarding the record and appointment of counsel.

Based on the trial court's findings, we **DIRECT** the parties to file letter briefs addressing our jurisdiction over the appeals. Specifically, the parties shall address: (1) whether there is a final, appealable order in each of the cases; and (2) if so, whether appellant filed timely notices of appeal to challenge those orders.

Appellant's jurisdictional brief is due by **April 17, 2015**. The State's jurisdictional brief is due by **May 1, 2015**.

After the Court has received the briefs and determined the issue of its jurisdiction, it will notify the parties of the next pending deadline or issue any necessary orders related to the appeals.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Katherine Drew, Dallas County Public Defender's Office, and Lori Ordiway, Dallas County District Attorney's Office.

/s/    ADA BROWN
        JUSTICE